# GT GreenbergTraurig

Caroline J. Heller
Tel 212.801.2165
Fax 212.801.6400
hellerc@gtlaw.com



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2020

February 26, 2020

**VIA ECF**

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007
(212) 805-7912

**Re:**   *A Santini Moving & Storage Co. v. Capital One Financial Corporation.*,
Case No. 1:19-cv-11112 (JGK)

Dear Judge Koeltl:

We represent Defendant Capital One Financial Corporation. This is a joint request on behalf of both parties to adjourn the 4:30 p.m. March 9, 2020 pretrial conference for two reasons. First, counsel for Defendant is actually engaged before the Third Circuit on March 9, 2020 at 3:00 p.m. for an oral argument in an expedited appeal. *See E.O.H.C., et al. v. Atty Gen USA*, Case No. 20-1163. Second, on February 24, 2020, the Court so ordered the parties' stipulation extending Defendant's time to respond to the Complaint to March 13, 2020. The parties submit that a pretrial conference after Defendant's respond to the Complaint will be more productive.

The parties have conferred and are available the following dates for a pretrial conference: April 20, 22, and 24. The parties can provide additional dates at the Court's request.

Thank you for your consideration of this request.

Respectfully submitted,
GREENBERG TRAURIG, LLP

By:   /s/ Caroline J. Heller
Caroline J. Heller
200 Park Ave.
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 805-6400
hellerc@gtlaw.com
*Attorneys for Defendant
Capital One Financial Corporation*

*Adjourned to Monday, March 30, 2020, at 4:30pm.
SO ORDERED.*

3/9/20  [signature]  U S D J