```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                DOCUMENT
                                             ELECTRONICALLY FILED
                                             DOC#
A SANTINI MOVING & STORAGE CO.,              DATE FILED: 5-25-21

                Plaintiff,                   19-cv-11112 (JGK)

        - against -

                                             ORDER

CAPITAL ONE FINANCIAL CORPORATION,

                Defendant.
```

JOHN G. KOELTL, District Judge:

The parties should provide a status update to the Court by June 4, 2021.

SO ORDERED.

Dated:   New York, New York
         May 25, 2021

                                      _____
                                              John G. Koeltl
                                      United States District Judge