**GT GreenbergTraurig**

Caroline J. Heller
Tel 212.801.2165
Fax 212.801.6400
hellerc@gtlaw.com

July 19, 2021

**VIA ECF**
Honorable Barbara Moses
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/21

**MEMO ENDORSED**

Re:   *A Santini Moving & Storage Co. v. Capital One Financial Corporation.*,
       Case No. 1:19-cv-11112 (JGK)

Dear Judge Moses:

We represent Defendant Capital One Financial Corporation in the above-captioned action  We write jointly with Plaintiff A. Santini Moving & Storage, Co. to request an adjournment of the Settlement Conference, currently scheduled for July 22, 2021 at 2:15 pm.  Counsel for Plaintiff has informed me that he is unable to attend the Settlement Conference due to an illness and ongoing treatment.  Defendant has no objection to the adjournment.

Thank you for your consideration.

Respectfully submitted,
GREENBERG TRAURIG, LLP

By:   /s/ Caroline J. Heller
       Caroline J. Heller
       200 Park Ave.
       New York, New York 10166
       Tel: (212) 801-9200
       Fax: (212) 805-6400
       hellerc@gtlaw.com
       *Attorneys for Defendant*
       *Capital One Financial Corporation*

Application GRANTED. The settlement conference currently scheduled for July 22, 2021 is hereby ADJOURNED *sine die*. The parties are directed to file a letter, after plaintiff's counsel recovers from his illness, with three proposed dates for a rescheduled settlement conference. The Court extends its best wishes to plaintiff's counsel for a speedy recovery. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
July 20, 2021