

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A. SANTINI MOVING & STORAGE CO.,

    Plaintiff,

-against-

CAPITAL ONE FINANCIAL CORPORATION,

    Defendant.

19-CV-11112 (JGK) (BCM)

**ORDER REQUIRING PLAINTIFF TO SUBMIT REVISED SETTLEMENT LETTER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed Plaintiff's settlement letter, which runs over 14 pages in length. Per the Court's Order Scheduling Settlement Conference dated September 23, 2021 (Dkt No. 50), the parties were required to limit settlement letters to six pages, not including any exhibits. Plaintiff is directed to submit a revised settlement letter that does not exceed six pages in length by **9:00 a.m. ET on Monday, October 18, 2021**.

Dated: New York, New York
       October 15, 2021

                        **SO ORDERED**.

                        _____
                        **BARBARA MOSES**
                        **United States Magistrate Judge**